UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                          CASE NO.: 18-16559-JNP
                                                                CHAPTER 13
STEPHEN KUREK and
KAREN KUREK,

Debtors.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004

                                                   RAS Citron, LLC
                                                   Authorized Agent for Secured Creditor
                                                   130 Clinton Road, Suite 202
                                                   Fairfield, NJ 07004
                                                   Telephone: 973-575-0707
                                                   Facsimile: 973-404-8886
                                                   By: /s/Laura Egerman
                                                   Laura Egerman, Esquire
                                                   Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRENNER, SPILLER & ARCHER
175 RICHEY AVE
COLLINGSWOOD, NJ  08107

STEPHEN KUREK
459 PROSSER AVENUE
WILLIAMSTOWN, NJ  08094

KAREN KUREK
459 PROSSER AVENUE
WILLIAMSTOWN, NJ  08094

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ  08002

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

                                              RAS Citron, LLC
                                              Authorized Agent for Secured Creditor
                                              130 Clinton Road, Suite 202
                                              Fairfield, NJ 07004
                                              Telephone: 973-575-0707
                                              Facsimile: 973-404-8886
                                              By: /s/Laura Egerman
                                              Laura Egerman, Esquire
                                              Email: legerman@rasnj.com