Certificate Number: 05781-NJ-DE-031096976

Bankruptcy Case Number: 18-16559



05781-NJ-DE-031096976

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2018, at 9:06 o'clock PM PDT, Karen Kurek completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 28, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President