Certificate Number: 05781-NJ-DE-031096977

Bankruptcy Case Number: 18-16559



05781-NJ-DE-031096977

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2018, at 9:06 o'clock PM PDT, Stephen Kurek completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 28, 2018              By:     /s/Allison M Geving

                                  Name:   Allison M Geving

                                  Title:  President