Form ntctmisstatev27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−16559−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Stephen Kurek                                     Karen Kurek
   459 Prosser Avenue                           459 Prosser Avenue
   Williamstown, NJ 08094                   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−1827                                              xxx−xx−1306

Employer's Tax I.D. No.:

## NOTICE OF MATERIAL MISSTATEMENT OF DEBTOR'S
## INCOME, EXPENSES OR ASSETS

      In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the above−captioned debtor's petition, schedules and other information filed and/or provided by the debtor in this case.

      NOTICE IS HEREBY GIVEN that the audit revealed one or more material misstatements concerning the debtor's income, expenses and/or assets. The Report is not a legal determination, and the legal effect of the auditors finding of material misstatement is a question for the Court. The audit report has been filed with the Court and is available for review by parties in interest.

Dated: June 13, 2018
JAN:

                                                                                        Jeanne Naughton
                                                                                        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 18-16559-JNP
Stephen Kurek                                                  Chapter 13
Karen Kurek
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Jun 13, 2018
                              Form ID: misstate           Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db/jdb         +Stephen Kurek,    Karen Kurek,    459 Prosser Avenue,   Williamstown, NJ 08094-3417
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853
517585766       Bayview Loan Servicing, LLC,    Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
517481658       Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517546007       Emergency Physician Associate of South Jersey, PC,   PO Box 1123,   Minneapolis MN 55440-1123
517432261      +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432271      +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432283      +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517582087      +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    ATTN: Bankruptcy Dept,   PO Box 619096,
                 Dallas, TX 75261-9096
517519101       Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
517432285       Wells Fargo Home Mor,    Written Correspondence Resolutions,   Mac#2302-04e,
                 DesMoines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2018 23:08:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517584963       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 23:13:08
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517432259      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2018 23:08:10     Ditech,   Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
517586605       E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2018 23:08:10     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517432281      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 13 2018 23:07:50     Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
517432282       E-mail/Text: camanagement@mtb.com Jun 13 2018 23:08:13     M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517432260*     +Ditech,   Attn: Bankruptcy,    Po Box 6172,   Rapid City, SD 57709-6172
517432262*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432263*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432264*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432265*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432266*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432267*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432268*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432269*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432270*     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517432272*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432273*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432274*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432275*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432276*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432277*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432278*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432279*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432280*     +Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
517432284*     +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517432286*      Wells Fargo Home Mor,    Written Correspondence Resolutions,   Mac#2302-04e,
                 DesMoines, IA 50306
517432258      ##+Bank Of America,   Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 21, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                 Page 2 of 2                   Date Rcvd: Jun 13, 2018
                              Form ID: misstate           Total Noticed: 17
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Stephen  Kurek aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Joint Debtor Karen  Kurek aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                TOTAL: 10
```