UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
Andrew T. Archer, Esquire
175 Richey Avenue
West Collingswood, NJ 08107
(856) 963-5000

**Order Filed on June 19, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Stephen Kurek
Karen Kurek

Case No.: 18-16559

Chapter: 13

Judge: JNP

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: June 19, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer_____, the applicant, is allowed a fee of $ _____100_____ for services rendered and expenses in the amount of $_____ for a total of $_____100_____ . The allowance is payable:

 ☒  through the Chapter 13 plan as an administrative priority.

 ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____502_____ per month for _____58_____ months to allow for payment of the above fee.

*rev.8/1/15*