# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Stephen Kurek and Karen Kurek

Case No.: 18-16559

Hearing Date: _____

Chapter: 13

Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny, Jr, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Exemptions

**Location of Hearing:** Courtroom No. 4C
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 8/1/2018 at 10:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: July 9, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 9, 20 18 this notice was served on the following:

Debtor (s)
Debtor's Attorney
Trustee and UST

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Stephen Kurek
Karen Kurek
    Debtors

Case No. 18-16559-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 09, 2018
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2018.
db/jdb        +Stephen Kurek,    Karen Kurek,    459 Prosser Avenue,    Williamstown, NJ 08094-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:
       Andrew Thomas Archer     on behalf of Joint Debtor Karen Kurek aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
       Andrew Thomas Archer     on behalf of Debtor Stephen Kurek aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
       Charles G. Wohlrab     on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com
       Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Jane L. McDonald     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
       Kevin Gordon McDonald     on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
       Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
       Phillip Andrew Raymond     on behalf of Creditor    M & T Bank phillip.raymond@mccalla.com
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
       United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
       William M.E. Powers, III     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                                                                       TOTAL: 12