Certificate Number: 15317-NJ-DE-032310021

Bankruptcy Case Number: 18-16559



15317-NJ-DE-032310021

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2019, at 12:00 o'clock PM PST, Stephen Kurek completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    February 18, 2019              By:    /s/Mariel Macrohon

                                        Name:  Mariel Macrohon

                                        Title: Counselor