UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Stephen Kurek
Karen Kurek,
    Debtors.

Case No.: __18-16559__

Chapter: __13__

Judge: __JNP__

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Stephen Kurek_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __2/15/19__    __[signature]__
                                     Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Stephen Kurek<br>Karen Kurek,<br>    Debtors. | Case No.:<br><br>Chapter:<br><br>Judge: | 18-16559<br><br>13<br><br>JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Karen Kurek                                         , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/15/19

_Karen Kurek_
Debtor's Signature

**IMPORTANT**:
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18