Certificate Number: 15317-NJ-DE-032310020

Bankruptcy Case Number: 18-16559



15317-NJ-DE-032310020

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 18, 2019</u>, at <u>12:00</u> o'clock <u>PM PST</u>, <u>Karen Kurek</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>February 18, 2019</u>          By:     <u>/s/Mariel Macrohon</u>

Name:  <u>Mariel Macrohon</u>

Title:   <u>Counselor</u>

Certificate Number: 15317-NJ-DE-032310021

Bankruptcy Case Number: 18-16559



15317-NJ-DE-032310021

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 18, 2019</u>, at <u>12:00</u> o'clock <u>PM PST</u>, <u>Stephen Kurek</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>February 18, 2019</u>            By:    <u>/s/Mariel Macrohon</u>

Name:  <u>Mariel Macrohon</u>

Title:  <u>Counselor</u>